UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILIMA NAGPAL,<br>KRISHEN NAGPAL,<br><br>    Plaintiffs,<br><br>v.<br><br>PETER D. KEISLER<br>  Acting Attorney General<br>  U.S. Department of Justice<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civ. Action No.: 07-02032 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRECIPAE**

    The Clerk of the Court will kindly note the changes in the suite and telephone numbers of plaintiffs' counsel reflected below, effective December 1, 2007. In all other respects, the information concerning plaintiffs' counsel already on file in this case remains unchanged.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Robert C. Seldon, Esq.
                                              D.C. Bar No. 245100


                                            _____/s/_____
                                            Molly E. Buie, Esq.
                                              D.C. Bar No. 483767

                                            Robert C. Seldon & Associates, P.C.
                                            1319 F Street, N.W.
                                            Suite 200
                                            Washington, D.C. 20004
                                            (202) 393-8200
                                            Counsel for Plaintiffs