UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILIMA NAGPAL,<br>KRISHEN NAGPAL,<br>  13100 Greenmount Avenue<br>  Beltsville, Maryland 20705<br><br>          Plaintiffs,<br><br>     v.<br><br>FEDERAL BUREAU OF<br>  INVESTIGATION<br>935 Pennsylvania Avenue, N.W.,<br>  Room 7427<br>Washington, D.C.  20535<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Electronic Case Filing |

**ENTRY OF APPEARANCE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney ***Marian L. Borum*** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/S/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4810
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov

Dated:   December 14th, 2007