UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LILIMA NAGPAL,** <br> **KRISHEN NAGPAL,** <br>           Plaintiffs, <br><br> v. <br><br> **MICHAEL B. MUKASEY,** <br> **Attorney General,** <br> **U.S. Department of Justice,** <br><br>           **Defendant.** | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 07-2032 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ERRATA

Defendant respectfully files the attached Exhibit, a Certificate of Service. This Exhibit is a being filed because the previously filed Answer, Docket Entry Number 4, did not attach this Certificate of Service. Defendant regrets any inconvenience caused to the Court or plaintiffs for the filing of this Errata.

## **CERTIFICATE OF SERVICE**

      I certify that, on this 14th day of January, 2008, a copy of the foregoing was served via the Court's Electronic Filing System to:

Robert C. Seldon, Esq.
Molly E. Buie, Esq.
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C. 20004

                                           /s/
                                   MARIAN L. BORUM
                                 Assistant United States Attorney