**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LILIMA NAGPAL,** | ) |
| **KRISHEN NAGPAL,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | )    **Civ. Action No.:   07-2032 (HHK)** |
| **v.** | ) |
| | ) |
| **MICHAEL MUKASEY** | ) |
| **Attorney General** | ) |
| **U.S. Department of Justice** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF FILING PROPOSED ORDER**

Plaintiffs to the above action respectfully request that the Court take notice of the

proposed Scheduling Order, lodged herewith, that is being submitted in accordance with the

Court's Minute Order of February 19, 2008.

Respectfully submitted,


_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

1

_____/s/_____

Molly E. Buie, Esq.
 D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
Telephone:  (202) 393-8200
Fax:  (202) 318-2287

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LILIMA NAGPAL,<br>KRISHEN NAGPAL,<br><br>       **Plaintiffs,**<br><br>   **v.**<br><br>**MICHAEL B. MUKASEY**[1]<br> **Attorney General**<br>  **U.S. Department of Justice**<br><br>       **Defendant.** | )<br>)<br>)<br>)<br>)    **Civ. Action No.:   07-2032 (HHK)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>SCHEDULING ORDER</u>**

The Court, having received and reviewed the parties' Joint Report to the Court, filed

pursuant to Local Civil Rule 16.3, hereby orders as follows:

1.)     The parties will make initial disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(1)

within 45 days of the entry of this Order.

2.)     Discovery shall commence on April 7, 2008, and shall be concluded by

September 8, 2008.

3.)     The parties will be limited to a total of 15 depositions per side, 50 interrogatories

per side, including discrete subparts, 50 requests for production per side, and 50 requests for

admission.  In all other respects, the parties shall be governed by the provisions of the Federal

Rules of Civil Procedure and the Local Civil Rules of this Court pertaining to the conduct of

discovery.  The parties may jointly agree to exceed the foregoing limits without the need to seek

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Michael B. Mukasey, in his official capacity as Attorney
General of the United States, is substituted for Peter D. Keisler as the defendant in this action.

1

permission from the Court.

      4.)     The proponent of an expert witness shall make its expert disclosures at least 60 days prior to the close of discovery; disclosure of rebuttal experts shall be made within 45 days after disclosure by the other party.  If and when the parties make expert disclosures, depositions of the experts will be scheduled at mutually agreeable times.

      5.)     Dispositive motions, if any, shall be filed by October 23, 2008; oppositions are due by December 8, 2008; and replies, if any, are due by January 9, 2009.

      6.)     A status hearing shall be held on March 13, 2009 at 9:45 A.M.

Date: _____

_____
UNITED STATES DISTRICT JUDGE