UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILIMA NAGPAL,<br>KRISHEN NAGPAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL B. MUKASEY,<br> Attorney General,<br> U.S. Department of Justice,<br><br>    Defendant. | Civil Action No. 07-2032 (HHK)<br>Next Due Date: Close of Discovery<br>on 9/8/08 |

**JOINT MOTION TO EXTEND DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 26, the parties respectfully request that the Court extend the discovery period in this case by sixty days. Good cause exists for the Court to grant this relief. In support of this motion, the parties state as follows:

1. This case involves employment discrimination claims by two employees of the Federal Bureau of Investigation ("FBI"). The plaintiffs allege that the FBI discriminated against them on the basis of national origin, religion, and age, and in reprisal for their participation in protected EEO activity. The defendant denies these allegations.

2. The parties have been actively engaged in discovery, but they need additional time to complete this process.

3. Discovery is currently scheduled to close on September 8, 2008. The parties respectfully request that the Court extend the discovery period until November 7, 2008.

4. The parties further request that the Court make dispositive motions due on December 8, 2008; oppositions due on January 15, 2009; and replies, if any, due on February 15, 2009.

5. The parties do not believe that the status hearing scheduled on March 13, 2009 needs to be rescheduled.

A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
harry.roback@usdoj.gov

*Counsel for Defendant*

_____/s/_____
ROBERT C. SELDON, Esq.
MOLLY E. BUIE, Esq.
Robert C. Seldon & Associates, P.C.
1319 F Street, NW, Suite 200
Washington, DC 20004

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILIMA NAGPAL,  )<br>KRISHEN NAGPAL,  )<br>  )<br>　　　Plaintiffs,  )<br>  )<br>　　　v.  )<br>  )<br>MICHAEL B. MUKASEY,  )<br>　Attorney General,  )<br>　U.S. Department of Justice,  )<br>  )<br>　　　Defendant.  )<br>  ) | Civil Action No. 07-2032 (HHK)<br>Next Due Date: Close of Discovery<br>on 9/8/08 |

**PROPOSED ORDER**

Upon consideration of the parties' joint motion to extend discovery, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that discovery closes on November 7, 2008.

IT IS FURTHER ORDERED that any dispositive motions be filed by December 8, 2008;

any responses be filed by January 15, 2009; and any replies be filed by February 15, 2009.

SO ORDERED.


Date: _____  　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge